# In The United States Court of Federal Claims

No. 11-775L

(Filed: December 16, 2011)

_____

PETRO-HUNT, L.L.C.,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On November 17, 2011, plaintiff filed a motion to stay this case. On December 5, 2011, defendant filed its response opposing the stay. Accordingly:

1. Plaintiff's motion to stay is **GRANTED**, in part.

2. On or before January 17, 2012, defendant shall file its response to plaintiff's complaint.

3. All other proceedings in this case are stayed until further order.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge