# In The United States Court of Federal Claims

No. 11-775L

(Filed: June 5, 2012)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 4, 2012, the parties filed a joint status report in related case, *Petro-Hunt, L.L.C. v. United States*, No. 00-512, regarding how these cases should proceed. Accordingly:

1. Both cases, No. 00-512 and No. 11-775, are hereby **STAYED** until further order; and

2. On or before June 22, 2012, the parties shall file a joint status report regarding the potential for settlement of these cases. If the parties conclude that settlement discussions will not be productive, the joint status report shall set forth a proposed schedule for further proceedings in both No. 00-512 and No. 11-775.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge